No. D–513. IN RE DISBARMENT OF NASH. It is ordered that Donald Dean Nash, of Portland, Ore., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–514. IN RE DISBARMENT OF LEBOVITZ. It is ordered that Robert Alan Lebovitz, of Pittsburgh, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–515. IN RE DISBARMENT OF KANTER. It is ordered that Jeffrey Marc Kanter, of Roslyn Heights, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–516. IN RE DISBARMENT OF MCKABA. It is ordered that Raymond McKaba, of Brooklyn, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–517. IN RE DISBARMENT OF SABISTON. It is ordered that William Devine Sabiston, Jr., of Carthage, N. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 83–1968. THORNBURG, ATTORNEY GENERAL OF NORTH CAROLINA, ET AL. v. GINGLES ET AL. D. C. E. D. N. C. [Probable jurisdiction noted, 471 U. S. 1064.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 83–2004. MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., ET AL. v. ZENITH RADIO CORP. ET AL. C. A. 3d Cir. [Certiorari granted, 471 U. S. 1002.] Motion of American Association of Exporters & Importers et al. for leave to file a brief as *amici curiae* granted. Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.